## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Emiliano Irizarry                                          CHAPTER 13

        Esperanza Irizarry

               Debtor(s)                                BKY. NO. 23-11673 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 and index same on the master mailing list.

                                                          Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
09 Jun 2023, 16:57:34, EDT

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322