| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 23-11673-PMM**

| | |
|---|---|
| Emiliano Irizarry | Petition Filed Date: 06/07/2023 |
| Esperanza Irizarry | 341 Hearing Date: 08/29/2023 |
| 1304 Meadowcreek Lane | Confirmation Date: |
| Lancaster PA 17603 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/28/2023 | $450.00 | | 07/25/2023 | $450.00 | | | | |

**Total Receipts for the Period: $900.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ASHLEY FUNDING SVCS LLC »» 001 | Unsecured Creditors | $75.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $2,469.88 | $0.00 | $0.00 |
| 3 | PINNACLE CREDIT SERVICES LLC »» 003 | Unsecured Creditors | $1,016.20 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $900.00 | Current Monthly Payment: | $450.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $81.00 | Total Plan Base: | $27,000.00 |
| Funds on Hand: | $819.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.