UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  | Chapter 13
Emiliano Irizarry | Bankruptcy No.23-11673-PMM
Esperanza Irizarry |

Debtors

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 12th day of October, 2023, by first class mail upon those listed below:

Emiliano Irizarry
Esperanza Irizarry
1304 Meadowcreek Lane
Lancaster, PA  17603

**Electronically via CM/ECF System Only:**

ALAINE V GRBACH ESQ
675 ESTELLE DRIVE - REAR
LANCASTER, PA  17601-2129

/s/ Kristen Gliem
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee