# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **EMILLIANO IRIZARRY AND ESPERANZA IRIZARRY,** | : | |
| | : | CASE NO. 23-11673 |
| DEBTORS. | : | |

## AMENDED CERTIFICATE OF NO RESPONSE WITH RESPECT TO MOTION TO APPOINT NEXT FRIEND

I, <u>Alaine V. Grbach, Esquire</u>, hereby certify that the twenty one (21) days during which parties in interest had to answer or object to the above Motion to Appoint Next Friend for Emilliano Irizarry, after service thereon, have expired, and no answer or objection has been filed and/or served upon undersigned Counsel.

Dated: 10/26/2023

Respectfully submitted,

**/s/Alaine V. Grbach, Esquire**

Alaine V. Grbach, Esquire
Counsel to Debtors
675 Estelle Drive
Lancaster, PA 17601
(717) 399-8420 - telephone
I.D. No.: 45485