# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Emiliano Irizarry, Esperanza Irizarry, Debtor(s)

Case No. 23-11673
Chapter 13

# ORDER GRANTING MOTION OF ESPERANZA AND DENNIS IRIZARRY

# AND APPOINTING DENNIS IRIZARRY AS NEXT FRIEND TO EMILLIANO IRIZARRY

AND NOW, upon consideration of the Motion of Esperanza and Dennis Irizarry, seeking to appoint Dennis Irizarry as the Next Friend of Emilliano Irizarry in the instant Chapter 13 proceeding, and upon good cause shown, it is hereby

ORDERED THAT:

1.      Dennis Irizarry is deemed to be a legally competent person whose interests do not run counter to the interest of Debtor, Emilliano Irizarry; and therfore

2.      Dennis Irizarry is hereby appointed as Next Friend to Emilliano Irizarry, and may offer testimony on behalf of Emilliano Irizarry at any scheduled Section 341 meeting, or an hearing, in the above caption Chapter 13 Bankruptcy;

DATED: **November 2, 2023**

BY THE COURT:

*Patricia M. Mayer* (signature)

**Patricia M. Mayer,**
**United States Bankruptcy Judge**