United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11673-pmm |
| Emiliano Irizarry | Chapter 13 |
| Esperanza Irizarry | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Nov 02, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Emiliano Irizarry, 1304 Meadowcreek Lane, Lancaster, PA 17603-4616 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2023 at the address(es) listed below:

**Name      Email Address**

ALAINE V. GRBACH
     on behalf of Joint Debtor Esperanza Irizarry avgrbach@aol.com

ALAINE V. GRBACH
     on behalf of Debtor Emiliano Irizarry avgrbach@aol.com

DENISE ELIZABETH CARLON
     on behalf of Creditor Wells Fargo Bank  National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
     on behalf of Creditor Wells Fargo Bank  National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
     ECFMail@ReadingCh13.com

| District/off: 0313-4 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Nov 02, 2023 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Emiliano Irizarry, Esperanza Irizarry, Debtor(s)

Case No. 23-11673
Chapter 13

# ORDER GRANTING MOTION OF ESPERANZA AND DENNIS IRIZARRY

# AND APPOINTING DENNIS IRIZARRY AS NEXT FRIEND TO EMILLIANO IRIZARRY

AND NOW, upon consideration of the Motion of Esperanza and Dennis Irizarry, seeking to appoint Dennis Irizarry as the Next Friend of Emilliano Irizarry in the instant Chapter 13 proceeding, and upon good cause shown, it is hereby

ORDERED THAT:

1.    Dennis Irizarry is deemed to be a legally competent person whose interests do not run counter to the interest of Debtor, Emilliano Irizarry; and therfore

2.    Dennis Irizarry is hereby appointed as Next Friend to Emilliano Irizarry, and may offer testimony on behalf of Emilliano Irizarry at any scheduled Section 341 meeting, or an hearing, in the above caption Chapter 13 Bankruptcy;

DATED: **November 2, 2023**

BY THE COURT:

*Patricia M. Mayer*

**Patricia M. Mayer,**
**United States Bankruptcy Judge**