Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-11673-PMM

Emiliano Irizarry
Esperanza Irizarry
1304 Meadowcreek Lane
Lancaster  PA    17603

Petition Filed Date: 06/07/2023
341 Hearing Date: 08/29/2023
Confirmation Date: 05/16/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $450.00 | | 09/26/2023 | $450.00 | | 10/23/2023 | $450.00 | |
| 11/21/2023 | $450.00 | | 12/27/2023 | $450.00 | | 01/24/2024 | $450.00 | |
| 02/29/2024 | $450.00 | | 03/27/2024 | $515.00 | | 04/22/2024 | $515.00 | |
| 05/21/2024 | $515.00 | | 06/26/2024 | $515.00 | | 07/23/2024 | $515.00 | |

**Total Receipts for the Period:  $5,725.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,625.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 1 | ASHLEY FUNDING SVCS LLC<br>»» 001 | Unsecured Creditors | $75.00 | $0.00 | $75.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $2,469.88 | $0.00 | $2,469.88 |
| 3 | PINNACLE CREDIT SERVICES LLC<br>»» 003 | Unsecured Creditors | $1,016.20 | $0.00 | $1,016.20 |
| 4 | SELECT PORTFOLIO SERVICING INC<br>»» 004 | Secured Creditors | $23,160.50 | $1,980.50 | $21,180.00 |
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 5 | ENHANCED RECOVERY COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | FIRSTPOINT COLLECTION RESOURCES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11673-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,625.00 | Current Monthly Payment: | $515.00 |
| Paid to Claims: | $5,980.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $644.50 | Total Plan Base: | $30,315.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.