| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-11673-PMM

| | |
|---|---|
| Emiliano Irizarry | Petition Filed Date: 06/07/2023 |
| Esperanza Irizarry | 341 Hearing Date: 08/29/2023 |
| 1304 Meadowcreek Lane | Confirmation Date: 05/16/2024 |
| Lancaster  PA     17603 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2024 | $515.00 | | 09/24/2024 | $515.00 | | 10/22/2024 | $515.00 | |
| 11/25/2024 | $515.00 | | 12/26/2024 | $515.00 | | 01/23/2025 | $515.00 | |
| 02/26/2025 | $515.00 | | 03/26/2025 | $515.00 | | 04/23/2025 | $515.00 | |
| 06/02/2025 | $515.00 | | 06/27/2025 | $515.00 | | 07/23/2025 | $515.00 | |

**Total Receipts for the Period: $6,180.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,320.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ASHLEY FUNDING SVCS LLC »» 001 | Unsecured Creditors | $75.00 | $0.00 | $75.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $2,469.88 | $0.00 | $2,469.88 |
| 3 | PINNACLE CREDIT SERVICES LLC »» 003 | Unsecured Creditors | $1,016.20 | $0.00 | $1,016.20 |
| 4 | SELECT PORTFOLIO SERVICING INC »» 004 | Secured Creditors | $23,160.50 | $7,666.12 | $15,494.38 |
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 5 | ENHANCED RECOVERY COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | FIRSTPOINT COLLECTION RESOURCES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11673-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,320.00 | Current Monthly Payment: | $515.00 |
| Paid to Claims: | $11,666.12 | Arrearages: | ($515.00) |
| Paid to Trustee: | $1,167.20 | Total Plan Base: | $30,315.00 |
| Funds on Hand: | $486.68 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.