UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:                                                          CASE NO.: 23-11673
                                                                CHAPTER 13

**Emiliano Irizarry,**
   **Debtor.**

**Esperanza Irizarry,**
   **Joint Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Robert Shearer
    Robert Shearer
    Email: rshearer@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 19, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

EMILIANO IRIZARRY
1304 MEADOWCREEK LANE
LANCASTER, PA 17603

ESPERANZA IRIZARRY
1304 MEADOWCREEK LANE
LANCASTER, PA 17603

And via electronic mail to:

ALAINE V. GRBACH, ESQUIRE
675 ESTELLE DRIVE
LANCASTER, PA 17601

ALAINE V. GRBACH, ESQUIRE
675 ESTELLE DRIVE
LANCASTER, PA 17601

SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE, 2901 ST. LAWRENCE AVE., SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE, ROBERT N.C. NIX FEDERAL BUILDING, 900
MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Robert Shearer
Robert Shearer
Email: rshearer@raslg.com