Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Emiliano Irizarry
Esperanza Irizarry
1304 Meadowcreek Lane
Lancaster, PA 17603

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-11673-PMM**

Petition Filed Date: 06/07/2023
341 Hearing Date: 08/29/2023
Confirmation Date: 05/16/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2025 | $515.00 | | 09/24/2025 | $515.00 | | 10/22/2025 | $515.00 | |
| 12/02/2025 | $515.00 | | 12/23/2025 | $515.00 | | 01/28/2026 | $515.00 | |
| 02/24/2026 | $515.00 | | 03/25/2026 | $515.00 | | 04/21/2026 | $515.00 | |
| 06/02/2026 | $515.00 | | 07/02/2026 | $515.00 | | 07/24/2026 | $515.00 | |

**Total Receipts for the Period: $6,180.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $18,985.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ASHLEY FUNDING SVCS LLC<br>»» 001 | Unsecured Creditors | $75.00 | $0.00 | $75.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $2,469.88 | $0.00 | $2,469.88 |
| 3 | PINNACLE CREDIT SERVICES LLC<br>»» 003 | Unsecured Creditors | $1,016.20 | $0.00 | $1,016.20 |
| 4 | SELECT PORTFOLIO SERVICING INC<br>»» 004 | Secured Creditors | $23,160.50 | $13,392.88 | $9,767.62 |
| 0 | ALAINE V GRBACH ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 5 | ENHANCED RECOVERY COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | FIRSTPOINT COLLECTION RESOURCES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11673-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,985.00 | Current Monthly Payment: | $515.00 |
| Paid to Claims: | $17,392.88 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,592.12 | Total Plan Base: | $30,315.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.